895 A.2d 1153

IN THE MATTER OF NEAL SHARMA, AN ATTORNEY
AT LAW (ATTORNEY NO. 001641992).

May 2, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–018, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **NEAL SHARMA** of **HAMILTON**, who was admitted to the bar of this State in 1992, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **NEAL SHARMA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.